CAUSE NO. D-172567

| | | |
|---|---|---|
| STUDENT LOAN MARKETING ASSOCIATION, acting by and through its servicing agent SALLIE MAE SERVICING, L.P., <br> Plaintiff, <br><br> v. <br><br> GARRETT JONES, <br> Defendant. | § § § § § § § § § § § | IN THE 136TH JUDICIAL DISTRICT COURT <br><br> IN AND FOR <br><br> JEFFERSON COUNTY, TEXAS |

*FILED — U.S. DISTRICT COURT, EASTERN DISTRICT OF TEXAS, OCT 18 2007, DAVID J. MALAND, CLERK, BY ____ DEPUTY*

*1:07mc8*

## FINAL DEFAULT JUDGMENT

Came on to be heard the above-entitled and numbered cause in which STUDENT LOAN MARKETING ASSOCIATION, acting by and through its servicing agent SALLIE MAE SERVICING, L.P. ("Plaintiff") is the Plaintiff and the Defendant is as follows:

Garrett Jones, 4300 Griffing Dr., Port Arthur, TX 77642 ("the Defendant")

Plaintiff appeared by and through its attorney of record and announced ready for trial, and the Defendant, although duly served with citation, failed to appear or answer and wholly made default. It is the opinion of the Court that Plaintiff is entitled to judgment against the Defendant.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Plaintiff have and recover of and from Defendant, judgment for:

1. $7,258.95 as the outstanding and unpaid balance due and owing to Plaintiff, including principal and accrued pre-judgment interest;
2. All costs of court;
3. $1,000.00 as a reasonable attorney's fee;
4. Post-judgment interest on the entire judgment at the rate of four (4.00%) per annum from the date of judgment until paid.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff is entitled to additional attorneys' fees as follows:

In the event of an unsuccessful appeal by the Defendant to the Court of Appeals, an additional fee of $2,500.00; in the event of an unsuccessful appeal by the Defendant to the Texas Supreme Court of Texas, an additional fee of $2,500.00.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall have all writs and process necessary to enforce this judgment.

THIS JUDGMENT FINALLY DISPOSES OF ALL PARTIES AND CLAIMS AND IS APPEALABLE.

DATED: October 11, 2005

_____
JUDGE PRESIDING

**FILED**
at 4:16 o'clock p M
OCT 11 2005
LOLITA RAMOS
CLERK DISTRICT COURT OF JEFFERSON CO., TEXAS
BY _____ DEPUTY

I CERTIFY THIS AS A TRUE COPY
Witness my Hand and Seal of Office
MAY 18 2006
LOLITA RAMOS, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
BY _____ DEPUTY

*RECEIVED JUN 2 2006 BY SMSC BNK/LIT UNIT*

Clerk of District Court
Jefferson County Courthouse
1001 Pearl Street
Beaumont, TX 77701

DEAR CLERK OF COURT, 12/01/06

## ASSIGNMENT OF JUDGMENT

I, ROBIN ZIMMERMANN, representing the Sallie Mae Servicing, L.P./Loan Servicing Center/Indiana (Sallie Mae) of 11100 USA Parkway, PO Box 6180, City of Fishers, County of Hamilton, State of Indiana, in consideration of the sum of $7,258.95 receipt of which is acknowledged, paid to me by the United States of America, the assignee, hereby assign the judgment, recovered by Sallie Mae on 10/11/05, docketed in Jefferson County, TX, Cause No. D-172567, against **GARRETT E JONES**, Acct #9084596808, for $7,258.95 (amount of judgment, indicating treatment of interest, court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing this judgment.

The Servicing Center/Indiana address is: 11100 USA Parkway, P.O. Box 6180, Fishers, IN 46038, (800)251-4127.

The DHHS address is: Department of Health and Human Services, Debt Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD 20857,

I have executed this assignment at Loan Servicing Center/Indiana The 1st of December, 2006.

_____
(Robin Zimmermann)

Sworn before me this 1st day of December, 2006.

_____Robin Zimmermann_____ Affiant __X__ is known to me personally
_____ provided valid identification
Type of identification provided:

My commission expires 06/18/2010 _____
Notary

Name: Kimberly L. Peace
County of Residence: Hancock
Commission Expires: 06/18/2010

**FILED AND RECORD**

OFFICIAL PUBLIC RECORDS

*Carolyn L Guidry*

2006 Dec 13 09:06 AM     2006048820

RUEDA $16.00

CAROLYN L. GUIDRY COUNTY CLERK

JEFFERSON COUNTY TEXAS

RETURN TC

US DEPARTMENT OF HEALT AND HUMAN SERVICES
DEBT MANAGEMENT BRANCH
PARKLAWN BUILDING ROOM 2-B 60
5600 FISHER LANE
ROCKVILLE MD 20857