# ABSTRACT OF JUDGMENT

## Notice

Pursuant to Title 28, United States Code, Section **3201**, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been ordered |
|---|---|
| Garrett Jones<br>913 Shannon Ln<br>Nederland, TX 77627<br><br>DOB (if available): 4/10/1969<br>DL (if available): | United States of America<br>c/o U.S. Attorney's Office<br>110 North College, Suite 700<br>Tyler, Texas 75702 |
| **AMOUNT OF JUDGMENT** | Docket No. 1:07MC8 |
|  | **DATE OF JUDGMENT ENTERED ON DOCKET** |
| $7,258.95 as the outstanding and unpaid balance due and owing to Plaintiff, including principal and accrued pre-judgment interest; all costs of court; $1,000.00 as a reasonable attorney's fee; post judgment interest on the entire judgment at the rate of 4% per annum from dated of state court judgment until paid; plus interest from the date of registration of the state court judgment at the legal rate per annum on combined amount of principal and accrued interest from the date of entry judgment, computed daily and compounded annually, until paid in full. | October 18, 2007<br><br>Credits: |

UNITED STATES OF AMERICA  CLERK'S OFFICE

U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
DIV:  BEAUMONT

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date: _January 7_, 20 _08_

_David J. Maland_, Clerk

By: _(signature)_, Deputy Clerk