IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | 1:07MC8 |
| GARRETT JONES | * | |

SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Eastern District of Texas is hereby empowered to satisfy and cancel said judgment of record.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

By:_____/s/_____
  Robert A. Wells
  Assistant U.S. Attorney
  State Bar No. 24033327
  110 N. College, Suite 700
  Tyler, Texas  75702
  Tel:  (903) 590-1400
  Fax:  (903) 590-1437
  Email: robert.wells3@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this __2__ day of __October__, 2009 a true and correct copy of the foregoing instrument has been placed in the United States Mail, postage prepaid, addressed to:

Garrett Jones
913 Shannon Lane
Nederland, TX  77627

                                            /s/
                                      Robert A. Wells